# FILED

JAN 22 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11–57–M–DWM–1 |
| Plaintiff, | |
| vs. | ORDER |
| DAN OAHEYOH TWO FEATHERS, | |
| Defendant. | |

The United States having moved unopposed to amend a restitution payee in this matter,

IT IS ORDERED that the United States' motion (Doc. 135) is GRANTED. The June 15, 2012 Judgment, (Doc. 76), is AMENDED to allow restitution previously ordered to Lawrence Craig to be disbursed to Glenna Craig.

DATED this _____ day of January, 2018.

Donald W. Molloy, District Judge
United States District Court